IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| **SUZETTE ARCHIE,** | | |
| **OM SHARMA,** | * | |
| Plaintiffs, | * | |
| v. | | Case No.: GJH-17-2524 |
| | * | |
| **NAGLE & ZALLER, P.C.,** | | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ordered by the United States District Court for the District of Maryland that:

1. Defendant Nagle & Zaller, P.C.'s ("N&Z's") Motion to Dismiss, or, in the Alternative, Motion for Summary Judgment and Request for Hearing, ECF No. 25, is **GRANTED** with prejudice as to Counts I and II, and without prejudice as to the remaining Counts;

2. Plaintiffs' Motion for Class Certification, ECF No. 28, is **DENIED**;

3. Plaintiffs' Cross Motion for Partial Summary Judgment and Motion to Strike, ECF No. 29, is **DENIED**;

4. Defendant's Motion for Leave to Exceed Page Limit, ECF No. 30, is **GRANTED**; and,

5. The Clerk **SHALL CLOSE** the case.

Dated: July   19  , 2018                             /s/
                                                GEORGE J. HAZEL
                                                United States District Judge