UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

**SUZETTE ARCHIE**
and
**OM SHARMA**

    Plaintiffs

**Case No: 8:17-CV-02524-GJH**

*v.*

**NAGLE & ZALLER, P.C.**

    Defendant

## NOTICE OF APPEAL

Plaintiffs Suzette Archie and Om Sharma, by their attorneys, on behalf of themselves and all others similarly situated, appeals to the United States Court of Appeals for the Fourth Circuit from the Court's order entered on July 19, 2018 (ECF. 46) granting the Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment (ECF. 25), denying Plaintiffs' Motion for Class Certification (ECF. 28), denying Plaintiffs' Cross Motion for Partial Summary Judgment and Motion to Strike (ECF. 29) and all other orders and opinions of the Court relating thereto.

    Respectfully Submitted,

      //s//
Phillip R. Robinson, Bar No. 27824
Consumer Law Center LLC
8737 Colesville Road, Suite 308
Silver Spring, MD  20910
Phone (301) 448-1304
Fax (301) 298-1409
Phillip@marylandconsumer.com

>Scott Borison, Bar No. 22576
>Legg Law Firm, LLP
>1900 S. Norfolk St., Suite 350
>San Mateo CA 94404
>Phone (301) 620-1016
>Borison@legglaw.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2018, a copy of the foregoing notice of appeal was served on Defendant's counsel when filed through the Court's CM/ECF system.

>/s/ Phillip Robinson
>
>Phillip Robinson